Clear Form

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

24-239 L

Names: Michael Zanzarella, et. al. (See attached list of Plaintiffs)

Location of Plaintiff(s)/Petitioner(s) (city/state): (See attached list of Plaintiffs)

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Steven M. Wald

Firm Name: Stewart, Wald & Smith, LLC

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: N/A

Street Address: 3636 S. Geyer Rd., Suite 200

City-State-ZIP: Saint Louis, MO 63127

Telephone & Facsimile Numbers: 314-720-0220

E-mail Address: wald@swslegal.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ● Yes  ○ No

Nature of Suit Code: 513
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: DOJ

Number of Claims Involved: _____

Amount Claimed: $ 1,000,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____

Is plaintiff a small business?  ○ Yes  ● No

Was this action preceded by the filing of a protest before the GAO?  ○ Yes  ● No    GAO Solicitation No. _____

If yes, was a decision on the merits rendered?  ○ Yes  ● No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): (See attached list of Plaintiffs)

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.  ○ Yes  ● No

178

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## List of Plaintiffs
## Michael Zanzarella, et. al. v. The United States of America

| Plaintiff(s) or Petitioner(s) | Location of Plaintiff(s) | Location of Property |
|---|---|---|
| 1. Michael Zanzarella | Fishkill, NY | Fishkill, NY |
| 2. 334 Fishkill Ave. LLC | Beacon, NY | Beacon, NY |
| 3. 544 Main Street, LLC | New York, NY | Beacon, NY |
| 4. Firas Abbasi | Fishkill, NY | Fishkill, NY |
| 5. ANK Realty Inc. | Poughkeepsie, NY | Fishkill, NY |
| 6. William Antalek | Stormville, NY | Stormville, NY |
| 7. Lisa A. Badia | Fishkill, NY | Fishkill, NY |
| 8. Ballistic Bodyworks LLC | Fishkill, NY | Fishkill, NY |
| 9. BR Trust | Fishkill, NY | Fishkill, NY |
| 10. Brache-Lanza Family Trust | Patterson, NY | Patterson, NY |
| 11. Paul T. Brady Revocable Trust & Donna R. Brady Revocable Trust | Stormville, NY | Stormville, NY |
| 12. Dana Brown | Poughquag, NY | Poughquag, NY |
| 13. Luigj Bunjaj | Fishkill, NY | Fishkill, NY |
| 14. Matthew & Catherine Castellano | Patterson, NY | Patterson, NY |
| 15. Geraldine Cheverko | Brewster, NY | Brewster, NY |
| 16. Anthony Chianese, Sr. | Poughquag, NY | Poughquag, NY |
| 17. John Colbert | Holmes, NY | Holmes, NY |
| 18. Christopher & Donna Consaga | Fishkill, NY | Fishkill, NY |
| 19. Nicola Coppola | Highland, NY | Fishkill, NY |
| 20. Coyote Two, LLC | Beacon, NY | Fishkill, NY |
| 21. John A. & Annette De Caprio | Hopewell Junction, NY | Hopewell Junction, NY |
| 22. James & Jean DeBonis | Poughquag, NY | Poughquag, NY |
| 23. Robert & Elisa DeWitt | Fishkill, NY | Fishkill, NY |
| 24. Deborah A. DiRubbio | Beacon, NY | Beacon, NY |
| 25. Bradley L. Dixon | Hopewell Junction, NY | Hopewell Junction, NY |
| 26. DKKA Corp | Poughkeepsie, NY | East Fishkill, NY |
| 27. DP 108 LLC | Mt. Kisco, NY | Beacon, NY |
| 28. Robert & Beverly Dross | Beacon, NY | Beacon, NY |
| 29. Arlene G. Durk | Patterson, NY | Patterson, NY |
| 30. Michael J. & Rosemary T. Engel | Beacon, NY | Beacon, NY |
| 31. Rodney R. Fergus | Fishkill, NY | Fishkill, NY |
| 32. Vincent A. Fernandez & Meghan Bliss | Fishkill, NY | Fishkill, NY |
| 33. Scott Ferris | Fishkill, NY | Fishkill, NY |

| | | |
|---|---|---|
| 34. Richard & Marie A. Fonteneou | Beacon, NY | Beacon, NY |
| 35. Vincent & Mary Rodriguez n/k/a Mary Gaglioti | Hopewell Junction, NY | Hopewell Junction, NY |
| 36. Michael Gallo, Jr. | Stormville, NY | Stormville, NY |
| 37. Steve Garrison & Melanie Robbins | Fishkill, NY | Fishkill, NY |
| 38. John Georges & Myrna Acevedo-Georges | Fishkill, NY | Fishkill, NY |
| 39. Carlos Gonzalez | Poughquag, NY | Poughquag, NY |
| 40. Daniel Goodman & Laura Brown | Fishkill, NY | Fishkill, NY |
| 41. Jaime Gordon & Richard Nappi | Hopewell Junction, NY | Hopewell Junction, NY |
| 42. Robin Greene | Brewster, NY | Brewster, NY |
| 43. Homer & Jo Ann Griffin | Poughquag, NY | Poughquag, NY |
| 44. Alfredo & Maria Gulla | Rye, NY | Fishkill, NY |
| 45. Haslett/JLD Fishkill | Naples, FL | Fishkill, NY |
| 46. Aaron & Kristine Jackson | Holmes, NY | Holmes, NY |
| 47. Robert C. Kalbfell Revocable Trust and Nanci Pinto Kalbfell Revocable Trust | Patterson, NY | Patterson, NY |
| 48. Joette Forsblom Fero Kane 2018 Irrevocable Trust | Hopewell Junction, NY | Hopewell Junction, NY |
| 49. KAP Realty NY LLC | Beacon, NY | Beacon, NY |
| 50. Neil Kavey & Madelon O'Shea | Chappaqua, NY & Scarsdale, NY | Beekman, NY |
| 51. David Kuran | Fishkill, NY | Fishkill, NY |
| 52. Robert A. Malvarosa | Fishkill, NY | Fishkill, NY |
| 53. Mark A. Matthews | Beacon, NY | Beacon, NY |
| 54. Jason A. & Stacey L. Meister | Fishkill, NY | Fishkill, NY |
| 55. Caroline Meyer | Fishkill, NY | Fishkill, NY |
| 56. Richard E. Monroe Trust | Fishkill, NY | Fishkill, NY |
| 57. Wilson Morales | Bedford Hills, NY | Brewster, NY |
| 58. Robert Musiello | Fishkill, NY | Fishkill, NY |
| 59. Danny & Kimvalrie Neal | Holmes, NY | Holmes, NY |
| 60. Linda R. Slinskey n/k/a Linda Nevels | Fishkill, NY | Fishkill, NY |
| 61. Peter & Nancy O'Hara | Patterson, NY | Patterson, NY |
| 62. Catherine F. Oken | Fishkill, NY | Fishkill, NY |
| 63. Joanna Osborne | Holmes, NY | Holmes, NY |
| 64. Anthony M. Ott, III | Fishkill, NY | Fishkill, NY |
| 65. Jason Payne | Fishkill, NY | Fishkill, NY |
| 66. Barbara Reale | Fishkill, NY | Fishkill, NY |
| 67. Barbara M. Renza 2020 Irrevocable Trust | Fishkill, NY | Fishkill, NY |
| 68. Jeffrey Roosa & Stacey Van Den Thoorn n/k/a Stacey Roosa | Fishkill, NY | Fishkill, NY |
| 69. Sean Michael Rowan | Fishkill, NY | Fishkill, NY |
| 70. Richard Runion | Glenham, NY | Fishkill, NY |

|  |  |  |
|---|---|---|
| 71. Adolph J. Schetter | Beacon, NY | Beacon, NY |
| 72. Mary Ann Schetter Irrevocable Trust Agreement dated 8/27/2019 | Glenham, NY | Fishkill, NY |
| 73. Jessica & Daniel Schleicher | Poughquag, NY | Poughquag, NY |
| 74. Louis Sebesta | Rensselaer, NY | Fishkill, NY |
| 75. Diane Sherwood | Beacon, NY | Beacon, NY |
| 76. Cynthia Simmons | Beacon, NY | Beacon, NY |
| 77. Gavin Skinner | New York, NY | East Fishkill, NY |
| 78. Zachary Solomon | Beacon, NY | Beacon, NY |
| 79. Debra Sylvester | Glenham, NY | Fishkill, NY |
| 80. Anthony R. & Erika R. Thomaselli | Fishkill, NY | Fishkill, NY |
| 81. Richard Tivnan | Fishkill, NY | Fishkill, NY |
| 82. Judith Valentino | Fishkill, NY | Fishkill, NY |
| 83. Ross & Eileen Van Anden | Fishkill, NY | Fishkill, NY |
| 84. Brian Van Vlack | Poughquag, NY | Poughquag, NY |
| 85. David & Donald Van Voorhis, and Susan Murray | Cortlandt Manor, NY | Fishkill, NY |
| 86. Brian Walker | Middleburg, VA | East Fishkill, NY |