IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHAEL ZANZARELLA, *et al.*, | |
| *Plaintiffs*, | Case No. 24-239L |
| v. | Judge David A. Tapp |
| UNITED STATES OF AMERICA, | |
| *Defendant*. | |

**JOINT MOTION TO AMEND THE PRETRIAL SCHEDULE AND TRIAL DATE**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the Court of Federal Claims ("RCFC"), the parties jointly move this Court to amend the pre-trial and trial dates in the above-captioned matter. The parties propose that trial begin on June 1, 2026, with the corresponding pre-trial deadlines set according to paragraph 12(a) of this Court's Standing Order on Chamber Rules. This is the parties' first request to amend the pre-trial and trial schedule.

Good cause exists for granting this Motion. *See* RCFC 6.1(b)(1). Currently, trial is scheduled to begin on March 2, 2026, with corresponding pre-trial deadlines that began on November 28, 2025. *See* Pre-Trial and Trial Scheduling Order dated November 14, 2025, Dkt. No. 52. Although the parties have met the pre-trial deadlines to date, *see* Joint Certification, Dkt. No. 53, the parties have identified conflicts with the current schedule and also believe that moving the remaining dates a few months has the potential to make the associated pretrial filings more efficient and helpful to the Court.

Plaintiffs' lead counsel is currently scheduled to be in trial on February 20, 2026, in a quiet title action involving multiple plaintiffs in the Superior Court of California in and for Sonoma County, California, in a case entitled, "*Muelrath, et al. v. Sonoma-Marin Area Rail Transit District*

*('SMART'),"* Case Number SCV-271787. While the *Muelrath* trial does not directly overlap with the current trial dates in the present case, it would be difficult to try *Muelrath* in California and fully prepare for the present trial that would begin 10 days later in New York.

In reliance on the pre-existing pre-trial schedule (wherein trial was scheduled to begin on January 19, 2026, *see* Dkt. No. 37), counsel for the United States has committed to long-standing plans to be out of the country from February 11-21, 2026. Accordingly, and at a minimum, counsel for the United States will not be present for the Final Pretrial Conference scheduled for February 18, 2026. Given the number of claims and the scope of live issues, it would be difficult for counsel for the United States to fully prepare for trial with a substantially shorter preparation period.

Considering those difficulties, the undersigned counsel worked extensively over the past weeks to identify the next available date to begin trial. After coordinating the schedules of the expert witnesses and counsel, the parties arrived on June 1, 2026 as the earliest two-week period of time that the parties are collectively available.

While not a ground to amend the pre-trial and trial schedule by itself, the pending cross motions for summary judgment add to the difficulties with preparing for a March 2, 2026 trial. Currently, there are 87 active claims in this matter—but the number and nature of the claims may change based on how the Court resolves the cross motions. Further, the issues that parties will present at trial may also change based on the Court's ruling. Given the parties' pre-existing time commitments, there may be limited time after the Court issues its ruling for the parties to alter their litigation strategy. Finally, the Court's order on the summary judgment motions may enable the parties to engage in informed and meaningful settlement discussions, that could further resolve claims and narrow the issues for trial.

Therefore, and in accordance with paragraph 12(a) of this Court's Standing Order on Chamber Rules, *see* Dkt. No. 6 at 5-6, the parties respectfully propose the following pre-trial

schedule:

| Event | Deadline |
|---|---|
| Initial meeting of counsel to exchange exhibit and witness lists, identify deposition transcripts, and establish stipulation of agreed facts | March 3, 2026 |
| Initial Pre-trial Conference | March 6, 2026 |
| Plaintiff's Witness List and Exhibit List | March 9, 2026 |
| Defendant's Witness List and Exhibit List | March 9, 2026 |
| Defendant's Objections to Plaintiff's Witness List and Exhibit List | March 23, 2026 |
| Plaintiff's Objections to Defendant's Witness List and Exhibit List | March 23, 2026 |
| Plaintiff's Reply to Objections to Witness List and Exhibit List | April 6, 2026 |
| Defendant's Reply to Objections to Witness List and Exhibit List | April 6, 2026 |
| Plaintiff's Pretrial Memorandum, not to exceed 25 pages | April 6, 2026 |
| Motions *in limine* Filing Deadline for all Parties | April 13, 2026 |
| Defendant's Pretrial Memorandum, not to exceed 25 pages | April 20, 2026 |
| Responses to Motions *in limine* | April 27, 2026 |
| Replies to Motions *in limine* | May 4, 2026 |
| Meeting of Counsel | May 8, 2026 |
| Joint Stipulation of Facts | May 11, 2026 |
| Joint Statement of Good Faith | May 11, 2026 |
| Joint Exhibit List, filed in CM/ECF | May 11, 2026 |
| Final Pretrial Conference | May 18, 2026 |
| Order of Witnesses, filed in CM/ECF | May 29, 2026 |
| Trial | June 1, 2026 |

Dated: December 4, 2025.

Respectfully submitted,

| | |
|---|---|
| STEWART, WALD & SMITH, LLC | ADAM R.F. GUSTAFSON |
| */s/ Steven M. Wald (by EAD w/ perm.)* <br> Steven M. Wald <br> Michael J. Smith <br> 3636 S. Geyer Rd., Suite 200 <br> St. Louis, MO 63127 <br> Telephone: (314) 720-0220 <br> Facsimile: (314) 899-2925 <br> wald@swslegal.com <br> smith@swslegal.com <br><br> -and- <br><br> Thomas S. Stewart <br> Reed W. Ripley <br> 2100 Central, Suite 22 <br> Kansas City, MO 64108 <br> Telephone: (816) 303-1500 <br> Facsimile: (816) 527-8068 <br> stewart@swslegal.com <br> ripley@swslegal.com <br><br> *Counsel for Plaintiffs* | Principal Deputy Assistant Attorney General <br> Environment & Natural Resources Division <br><br> */s/ Emily A. Davis* <br> Emily A. Davis <br> U.S. Department of Justice <br> Environment & Natural Resources Division <br> Natural Resources Section <br> P.O. Box 7611 <br> Washington, D.C. 20044-7611 <br> Tel: (202) 297-2862 <br> emily.davis@usdoj.gov <br><br> *Counsel for Defendant United States* |