## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MICHAEL ZANZARELLA, *et al.*,

   *Plaintiffs*,

   v.

UNITED STATES OF AMERICA,

   *Defendant*.

Case No. 24-239L

Judge David A. Tapp

### UNITED STATES' MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to the Rules of the Court of Federal Claims ("RCFC") 16(b), the United States respectfully moves this Court to enter a scheduling order, setting deadlines to complete discovery in the above-captioned matter.[1]

In the Order on the parties' Cross Motions for Partial Summary Judgment on Liability, this Court found that "additional time is warranted for Plaintiffs to evaluate property values inclusive of the preexisting Maybrook Trail. Accordingly, the Court grant[ed] an additional thirty five (35) days to complete expert discovery and extends all pending deadlines, including trial, by the same amount of time." Dkt. No 56 at 56. While the Court then modified the pre-trial schedule, that schedule did not include interim deadlines for the completion of that expert discovery, wherein Plaintiffs are to evaluate property values inclusive of the Maybrook Trail. *See id.* at 56-57.

Considering the imminency of trial, on December 16, 2025, the undersigned proposed a schedule for this limited expert discovery to Plaintiffs' counsel, which included dates for: (1) the

---

[1] Pursuant to RCFC 7.3, the United States has conferred in good faith with Plaintiffs, who stated that they will not join the Motion.

disclosure of Plaintiffs' amended expert report(s); (2) the United States' rebuttal report(s); and (3) the completion of expert depositions. The United States also requested that Plaintiffs cure limited deficiencies in their fact discovery as to certain Plaintiffs, which the United States identified on December 12, 2025. On December 19, 2025, Plaintiffs estimated that the amended expert reports could be completed by January 12. However, Plaintiffs have still not provided dates-certain for their disclosures, deposition(s), or a deadline for curing the discovery deficiencies. Uncertainty as to discovery deadlines during pre-trial proceedings risks wasteful and unwieldy trial preparation.

Therefore, the United States respectfully requests that the Court enter the following schedule, ensuring the efficient management of this limited discovery while pre-trial deadlines run concurrently:

| Event | Deadline |
|---|---|
| Plaintiffs serve amended expert report(s) | January 16, 2026 |
| Plaintiffs serve supplemental discovery | January 16, 2026 |
| Defendant serves rebuttal report(s) | January 28, 2026 |
| Expert witness depositions completed | February 6, 2026 |

Dated: January 9, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON

Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Emily A. Davis*

Emily A. Davis
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 297-2862
emily.davis@usdoj.gov

*Counsel for Defendant United States*