## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHAEL ZANZARELLA, *et al.*, | |
| *Plaintiffs*, | Case No. 24-239L |
| v. | Judge David A. Tapp |
| UNITED STATES OF AMERICA, | |
| *Defendant*. | |

## JOINT STATUS REPORT

On December 15, 2025, the Court issued an Order directing the parties to meet and confer and submit a joint status report "proposing dates for a site visit prior to the commencement of trial." Dkt. No. 56 at 57. Accordingly, the parties propose the following particulars for a site inspection.

*Date and Time*

a. Assuming that the trial takes place in Poughkeepsie, New York,[1] the parties propose that the judicial site visit take place on Friday, April 3, 2026.

b. The site visit should begin at 10:00 AM ET and conclude by 4:00 PM ET.

---

[1] The parties recognize that the location of trial has not yet been confirmed. The parties have previously expressed a preference for holding trial in Poughkeepsie, New York, but understand that the Court may hold trial in a different location if courtrooms are unavailable. Should the Court schedule trial to take place in an alternative location, the parties respectfully request the ability to propose amended logistics for the site visit. Altering the site visit's logistics may be necessary in order to accommodate the Court and the parties' schedules traveling between the Hudson Valley and the location of the trial.

*Locations to be Visited*

c. The site visit should focus on the Plaintiffs' properties at issue in the above-captioned matter.

d. While the parties acknowledge that there are other indirectly related cases along the Beacon Line corridor before this Court, this site inspection should not include those plaintiffs' properties, because: (1) many of those cases involve different counsel for both Plaintiffs and Defendant, and it may be difficult and expensive to coordinate logistics with individuals who would not otherwise be present at the site visit; (2) the scope of issues to be resolved at trial may be distinct or unsettled in those cases.

e. The parties propose that, by March 13, 2026, the parties prepare and file a Joint Status Report outlining a final site visit itinerary. This final itinerary will include the sequence of locations to be visited, estimated time allocations, and any relevant access notes of logistical considerations. The parties need additional time to develop a final itinerary because, currently, there remains disagreement and uncertainty as to the number of plaintiffs remaining in this matter. *See* Dkt. Nos. 57, 58.

f. The parties propose that each party and the Court provide their own transportation for the site visit.

*Individuals Expected to Attend*

g. Assuming the trial takes place in Poughkeepsie, New York, the United States expects no more than four individuals to attend: the undersigned, plus three additional co-counsel. This estimate may change, depending on the location of trial and related travel requirements.

h. Likewise, Plaintiffs expect four individuals to attend: the undersigned, plus one

additional co-counsel, and two paralegals. This estimation is similarly based on the assumption that trial takes place in Poughkeepsie, New York, and may change depending on the location of trial and related travel requirements.

Dated: January 12, 2026.

Respectfully submitted,

| STEWART, WALD & SMITH, LLC | ADAM R.F. GUSTAFSON |
|---|---|
| */s/ Steven M. Wald (by EAD w/ perm.)* | Principal Deputy Assistant Attorney General |
| Steven M. Wald | Environment & Natural Resources Division |
| Michael J. Smith | |
| Allison P. Bettlach | */s/ Emily A. Davis* |
| 3636 S. Geyer Rd., Suite 200 | Emily A. Davis |
| St. Louis, MO  63127 | U.S. Department of Justice |
| Telephone: (314) 720-0220 | Environment & Natural Resources Division |
| Facsimile: (314) 899-2925 | Natural Resources Section |
| wald@swslegal.com | P.O. Box 7611 |
| smith@swslegal.com | Washington, D.C. 20044-7611 |
| bettlach@swslegal.com | Tel: (202) 297-2862 |
| | emily.davis@usdoj.gov |
| -and- | |
| | *Counsel for Defendant United States* |
| Thomas S. Stewart | |
| Reed W. Ripley | |
| 3515 W. 75th St., Suite 201 | |
| Prairie Village, KS 66208 | |
| Telephone: (816) 303-1500 | |
| Facsimile: (816) 527-8068 | |
| stewart@swslegal.com | |
| ripley@swslegal.com | |

*Attorneys for Plaintiff*