# In the United States Court of Federal Claims

No. 24-239
Filed: January 14, 2026

|  |  |
|---|---|
| **MICHAEL ZANZARELLA, et al.,**<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>　　　　*Defendant*. |  |

### ORDER

Plaintiffs seek clarification regarding the centerline presumption as it pertains to Plaintiff Van Vlack.[1] (Pls.' Mot. at 2 n.1, ECF No. 57). Upon review, due to a page break issue, the Court finds that its Opinion inadvertently omitted a ruling as to whether the centerline presumption applies for Plaintiff Van Vlack. (*See* Summ. J. Op. at 24, ECF No. 56). Accordingly, the Court **GRANTS-IN-PART** Plaintiffs' Motion, and rules as follows:

| Plaintiff/ Parcel No. | Claim/(Group) No. | Deed Language | Centerline Presumption: Ruling |
|---|---|---|---|
| Brian Van Vlack: 132200-6758-04-875357-0000 | 87/(1 & 5) | "Being known and designated as lot 29 on a certain map entitled "Indian Hills" filed in the Dutchess county clerk's office on June 21, 1963 as map no. 3140 and further described as follows: beginning at a point on the easterly side of gold road at the northwesterly corner of lot no. 30 on said map, running thence along the easterly side of gold road, north 23-15 east 150 feet to the southerly side of lot no. 28, running thence along the same, south 65-06-20 east 327.51 **feet to the westerly side of lands formerly of the New York New Haven and Hartford Railroad, now of Conrail, running thence along the same south 17-42-25 west 141.26 feet** to the | Rebutted, does not apply |

---

[1] The United States agrees that this was an inadvertent omission in the ruling and does not oppose this request. (*See* Def.'s Resp. to Mot. for Clarification at 1 n.1, ECF No. 59).

|  |  | northerly side of said lot no. 30, running thence along the same, north 66-45 west 341.04 feet to the point and place of beginning."<br><br>(Pls.' Ex. 104a). |  |

The Court reserves the remainder of Plaintiffs' Motion. Accordingly, Plaintiffs' Motion is also **DEFERRED-IN-PART**.

  **IT IS SO ORDERED.**

s/ David A. Tapp
DAVID A. TAPP, Judge
