**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MICHAEL ZANZARELLA, *et al.*, | |
| *Plaintiffs*, | Case No. 24-239L |
| v. | Judge David A. Tapp |
| UNITED STATES OF AMERICA, | |
| *Defendant*. | |

**JOINT STATUS REPORT**

On January 28, 2026, this Court issued a Status Report Order, requesting the parties file a Joint Status Report by February 6, 2026, stating their preferences for details related to the trial in this matter. Dkt. No. 67. The parties hereby provide the Court with their preferences, as follows.

*Location of Trial*

- The parties prefer that trial be held in Manhattan at the Thurgood Marshall Courthouse (located at 40 Foley Square, New York, New York 10007), over Washington, D.C.

- The parties are including their respective Electronic Device Orders to this filing, in accordance with Southern District of New York ("SDNY") policy.

- Should the Court be amenable to an alternative courtroom in Manhattan, the United States offers for the Court's consideration the Court of International Trade (located at 1 Federal Plaza, New York, New York 10278). The Court of International Trade is in the same area in lower Manhattan, usually less busy than the courtrooms in the Thurgood Marshall Courthouse, and part of the Federal Circuit (which may be easier

1

to coordinate with than the SDNY). Plaintiffs take no position regarding an alternative courtroom as they are without sufficient information to support the statements made by the government.

*Site Visit*

- The parties understand that the site visit will proceed on Monday, April 6, 2026, if the trial location is Manhattan, New York. The parties also understand the Court's intention to conduct site visits for other indirectly related cases along the Beacon Line before this Court.

- The parties prefer this Court view the properties at issue in this matter first, beginning at 8:00 a.m. ET.

- For a meeting location that can be shared with counsel in the Court's other matters, the parties propose meeting at the Beacon Station Parking Area, located at 123 Red Flynn Drive in Beacon, New York 12508 (41°30'24.3"N, 73°59'06.4"W).

The parties understand that they are to file a Joint Status Report by February 27, 2026 proposing a final site visit itinerary with as much detail as possible.

Dated: February 6, 2026.

Respectfully submitted,

2

STEWART, WALD & SMITH, LLC

*/s/ Steven M. Wald (by EAD w/ perm)*

Steven M. Wald
Michael J. Smith
Allison P. Bettlach
3636 S. Geyer Rd., Suite 200
St. Louis, MO 63127
Telephone: (314) 720-0220
Facsimile: (314) 899-2925
wald@swslegal.com
smith@swslegal.com
bettlach@swslegal.com

-and-

Thomas S. Stewart
Reed W. Ripley
3515 W. 75th Street, Suite 201
Prairie Village, KS
Telephone: (816) 303-1500
Facsimile: (816) 527-8068
stewart@swslegal.com
ripley@swslegal.com

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON

Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Emily A. Davis*

Emily A. Davis
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 297-2862
emily.davis@usdoj.gov

*Counsel for Defendant United States*