## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHAEL ZANZARELLA, *et. al*, ) | |
| ) | Case No.: 24-239L |
| *Plaintiffs*, ) | |
| ) | Judge David A. Tapp |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendant*. ) | |

### PLAINTIFFS' NOTICE OF EIGHT PLAINTIFFS' ACCEPTANCE OF THE UNITED STATES' RCFC 68 OFFERS OF JUDGMENT

Pursuant to RCFC 68(a), Plaintiffs file this Notice informing the Court that eight additional Plaintiffs have accepted the United States' March 2, 2026, Offer of Judgment.

In accordance with RCFC 68: (1) the United States' Offer of Judgment and these eight Plaintiffs' written notice of acceptance of that offer are attached hereto, respectively, as Exhibits A and B; and (2) Plaintiffs request that the Court direct the entry of Judgment under RCFC 54(b) for these eight Plaintiffs in the amounts specified in the Offer of Judgment. The correct property owner information and their individual principal plus interest awards are as follows:

| Claim No. | Property Owner | Principal | Interest through 2/20/2026 | Total Settlement Amount (P&I) Through 2/20/2026 | Per Diem Interest |
|---|---|---|---|---|---|
| 7 | Lisa Badia | $45,825.00 | $4,878.13 | $50,703.13 | $7.49 |
| 19 | Christopher & Donna Consaga | $46,410.00 | $4,940.40 | $51,350.40 | $7.58 |
| 33 | Vincent A. Fernandez & Meghan Bliss | $32,110.00 | $3,418.15 | $35,528.15 | $5.25 |
| 39 | John J. Georges & Myrna Acevedo-Georges | $55,835.00 | $5,943.70 | $61,778.70 | $9.12 |
| 49 | Joette Forsblom Fero Kane 2018 Irrevocable Trust | $50,280.00 | $5,352.37 | $55,632.37 | $8.22 |

| 51 | David Kuran | $36,780.00 | $3,915.28 | $40,695.28 | $6.01 |
| 56 | Caroline Meyer | $25,155.00 | $2,677.78 | $27,832.78 | $4.11 |
| 64 | Anthony M. & Tracy Ott, III | $28,440.00 | $3,027.47 | $31,467.47 | $4.65 |

Judgment should be entered for each Plaintiff set forth above, which collectively totals $354,988.28, consisting of $320,835.00 in principal, $34,153.28 in interest, and additional interest of $52.43 per day from February 20, 2026, until the Judgment is paid. The amounts recoverable by the above-named Plaintiffs as costs, expenses, and attorneys' fees will be determined separately pursuant to the Uniform Relocation Assistance & Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c). *See* also RCFC 54(d).

Date:   March 4, 2026.

Respectfully submitted by:

**STEWART, WALD & SMITH, LLC**

By: */s/ Steven M. Wald*
Steven M. Wald
Michael J. Smith
Allison P. Bettlach
3636 S. Geyer Rd., Suite 200
St. Louis, MO 63127
Telephone: (314) 720-0220
Facsimile: (314-899-2925
wald@swslegal.com
smith@swslegal.com
bettlach@swslegal.com

-and-

Thomas S. Stewart
Reed W. Ripley
3515 W. 75th Street, Suite 201
Prairie Village, KS 66208
Telephone: (816) 303-1500
Facsimile: (816) 527-8068
stewart@swslegal.com

ripley@swslegal.com

3