**EXHIBIT A**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

MICHAEL ZANZARELLA, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES OF AMERICA,

    *Defendant*.

Case No. 24-239L

Judge David A. Tapp

**OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Rules of the United States Court of Federal Claims, the United States hereby submits this offer to allow judgment to be taken against it and in favor of those Plaintiffs identified in Exhibit 1. The specific offers of judgment to the respective Plaintiffs identified in Exhibit 1 are extended independently; they may each be accepted or rejected without regard to the acceptance or rejection of any other offer of judgment.

This offer of judgment is in the total amount of ███████, plus per diem interest to the date of payment. This offer of judgment will conclude all just compensation issues for the respective Plaintiffs. It consists of principal just compensation, interest through February 20, 2026 at Moody's Aaa Corporate Bond Index rates compounded annually, and per diem interest to the date of payment. The specific amounts of just compensation and interest with respect to each Plaintiff are set out in Exhibit 1.

Dated: March 2, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON

Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Emily A. Davis*

Emily A. Davis
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 297-2862
emily.davis@usdoj.gov

*Counsel for Defendant United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2026, this Rule 68 Offer of Judgment was served via email to the following counsel of record in the above-captioned matter:

    Steven M. Wald
    Stewart, Wald & Smith, LLC
    3636 S. Geyer Rd., Suite 200
    St. Louis, Missouri 63127
    Tel: 314-720-0220
    Email: wald@swslegal.com

                                      */s/ Emily A. Davis*
                                      Emily A. Davis

                                      U.S. Department of Justice
                                      Environment & Natural Resources
                                      Division Natural Resources Section

                                      *Counsel for Defendant United States*

# EXHIBIT 1

| Plaintiff | Parcel No. | Principal Amount | Interest through February 20, 2026 | Total | Per Diem Interest to the Date of Payment |
|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| Badia, Lisa | 133089-6356-01-077512-0000 | $45,825.00 | $4,878.13 | $50,703.13 | $7.49 |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| Consaga, Christopher and Donna | 133089-6356-03-058467-0000 | $46,410.00 | $4,940.40 | $51,350.40 | $7.58 |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| Fernandez, Vincent A. & Meghan Bliss | 133089-6356-01-162573-0000 | $32,110.00 | $3,418.15 | $35,528.15 | $5.25 |
| Georges, John and Myrna | 133089-6356-03-078483-0000 | $55,835.00 | $5,943.70 | $61,778.70 | $9.12 |
| ■ | ■ | ■ | ■ | ■ | ■ |
| Joette Forsblom Fero Kane 2018 Irrevocable Trust | 133089-6356-01-315608-0000 | $50,280.00 | $5,352.37 | $55,632.37 | $8.22 |
| ■ | ■ | ■ | ■ | ■ | ■ |
| Kuran, David | 133089-6356-03-108498-0000 | $36,780.00 | $3,915.28 | $40,695.28 | $6.01 |
| ■ | ■ | ■ | ■ | ■ | ■ |

| Plaintiff | Parcel No. | Principal Amount | Interest through February 20, 2026 | Total | Per Diem Interest to the Date of Payment |
|---|---|---|---|---|---|
| Meyer, Christine | 133089-6356-03-041494-0000 | $25,155.00 | $2,677.78 | $27,832.78 | $4.11 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Ott, III & Tracy Ott (f/k/a Tracy Smith) | 133089-6356-01-125554-0000 | $28,440.00 | $3,027.47 | $31,467.47 | $4.65 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | |