# EXHIBIT B

 Outlook

### RE: Zanzarella | United States' RCFC 68 Offer of Judgment, March 2, 2026

**From** Steven M. Wald <wald@swslegal.com>
**Date** Wed 3/4/2026 5:28 PM
**To** Davis, Emily (ENRD) <Emily.Davis@usdoj.gov>
**Cc** Rand, Matthew (ENRD) <Matthew.Rand@usdoj.gov>; Scott-Bracy, Jasmine (ENRD) <Jasmine.Scott-Bracy@usdoj.gov>; Allison Bettlach <bettlach@swslegal.com>; Michael J. Smith <Smith@swslegal.com>; Jackie Tebbe <Tebbe@swslegal.com>

Emily,

This is to let you know that the following Plaintiffs accept the government's Offer of Judgment, which was as follows:

| Claim No. | Property Owner | Principal | Interest through 2/20/2026 | Total Settlement Amount (P&I) Through 2/20/2026 | Per Diem Interest |
|---|---|---|---|---|---|
| 7 | Lisa Badia | $45,825.00 | $4,878.13 | $50,703.13 | $7.49 |
| 19 | Christopher & Donna Consaga | $46,410.00 | $4,940.40 | $51,350.40 | $7.58 |
| 33 | Vincent A. Fernandez & Meghan Bliss | $32,110.00 | $3,418.15 | $35,528.15 | $5.25 |
| 39 | John J. Georges & Myrna Acevedo-Georges | $55,835.00 | $5,943.70 | $61,778.70 | $9.12 |
| 49 | Joette Forsblom Fero Kane 2018 Irrevocable Trust | $50,280.00 | $5,352.37 | $55,632.37 | $8.22 |
| 51 | David Kuran | $36,780.00 | $3,915.28 | $40,695.28 | $6.01 |

| 56 | Caroline Meyer | $25,155.00 | $2,677.78 | $27,832.78 | $4.11 |
| 64 | Anthony M. & Tracy Ott, III | $28,440.00 | $3,027.47 | $31,467.47 | $4.65 |

We will notify the Court.

Best regards,

Steven M. Wald, Member



**Stewart, Wald & Smith, LLC**
3636 S. Geyer Rd., Suite 200
St. Louis, Missouri 63127
Telephone: 314-720-0220
Email: wald@swslegal.com
Who We Are| What is Rail-to-Trails | Watch My Profile Video