# In the United States Court of Federal Claims

No. 24-239 L
Filed: March 10, 2026

```
*************************************
MICHAEL ZANZARELLA, et al.,        *
         Plaintiffs,               *           Rule 54(b)
                                   *           JUDGMENT
    v.                             *
                                   *
THE UNITED STATES,                 *
         Defendant.                *
*************************************
```

Pursuant to the parties' acceptance of offer of judgment as to certain plaintiffs, filed March 6, 2026, and the court's Order, filed March 9, 2026, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs identified in the below table, shall recover of and from the United States the total amount of $125,947.34, consisting of $113,830.00 in principal, $12,117.34 in interest, and additional interest of $18.60 per day from February 20, 2026, until the judgment is paid, to be distributed in accordance with the figures shown in the table.

| Property Owner | Principal | Interest through 2/20/2026 | Total Settlement Amount (P&I) through 2/20/2026 | Per Diem Interest |
|---|---|---|---|---|
| 334 Fishkill Ave. LLC | $41,080.00 | $4,373.02 | $45,453.02 | $6.71 |
| Geraldine Cheverko | $19,710.00 | $2,098.15 | $21,808.15 | $3.22 |
| Nicola Coppola | $1,820.00 | $193.74 | $2,013.74 | $0.30 |
| Haslett/JLD Fishkill | $18,590.00 | $1,978.93 | $20,568.93 | $3.04 |
| Haslett/JLD Fishkill | $32,630.00 | $3,473.50 | $36,103.50 | $5.33 |
| | | **Totals** | **$125,947.34** | **$18.60** |

Lisa L. Reyes
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals filing fee is $605.00.