## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHAEL ZANZARELLA, *et. al*, ) | |
| ) | Case No.: 24-239L |
| *Plaintiffs*, ) | |
| ) | Judge David A. Tapp |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendant*. ) | |

### PLAINTIFFS' NOTICE OF ONE PLAINTIFF'S ACCEPTANCE OF THE UNITED STATES' RCFC 68 OFFERS OF JUDGMENT

Pursuant to RCFC 68(a), Plaintiffs file this Notice informing the Court that one additional Plaintiff has accepted the United States' March 2, 2026, Offer of Judgment.

In accordance with RCFC 68: (1) the United States' Offer of Judgment and this Plaintiff's written notice of acceptance of that offer are attached hereto, respectively, as Exhibits A and B; and (2) Plaintiffs request that the Court direct the entry of Judgment under RCFC 54(b) for this one Plaintiff in the amounts specified in the Offer of Judgment. The correct property owner information and her individual principal plus interest award is as follows:

| Claim No. | Property Owner | Principal | Interest through 2/20/2026 | Total Settlement Amount (P&I) Through 2/20/2026 | Per Diem Interest |
|---|---|---|---|---|---|
| 85b | Judith Valentino | $48,300.00 | $5,141.59 | $53,441.59 | $7.89 |

Judgment should be entered for the Plaintiff set forth above, which collectively totals $53,441.59, consisting of $48,300.00 in principal, $5,141.59 in interest, and additional interest of $7.89 per day from February 20, 2026, until the Judgment is paid.  The amounts recoverable by the above-named Plaintiff as costs, expenses, and attorneys' fees will be determined separately

pursuant to the Uniform Relocation Assistance & Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c).  *See* also RCFC 54(d).

Date:   March 10, 2026.

                                           Respectfully submitted by:

**STEWART, WALD & SMITH, LLC**

By: */s/ Steven M. Wald*
     Steven M. Wald
     Michael J. Smith
     Allison P. Bettlach
     3636 S. Geyer Rd., Suite 200
     St. Louis, MO 63127
     Telephone: (314) 720-0220
     Facsimile: (314-899-2925
     wald@swslegal.com
     smith@swslegal.com
     bettlach@swslegal.com

-and-

Thomas S. Stewart
Reed W. Ripley
3515 W. 75th Street, Suite 201
Prairie Village, KS 66208
Telephone: (816) 303-1500
Facsimile: (816) 527-8068
stewart@swslegal.com
ripley@swslegal.com