IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHAEL ZANZARELLA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | Case No. 24-239L <br><br> Judge David A. Tapp |

**JOINT STATUS REPORT**

Due to recent Judgments entered on behalf of various Plaintiffs in this matter and pursuant to the Court's request at the parties' pretrial conference on March 10, 2026, the parties file this Joint Status Report to identify the Plaintiffs who remain in this case and are proceeding to trial, to identify the Plaintiffs who had Judgments entered in their favor, and to identify the Plaintiffs who the parties anticipate the Court will sever into a separate case per the Court's comments at the pretrial conference. Finally, the parties also provide a revised site visit proposal considering the Plaintiffs left who are proceeding to trial.

The following Plaintiffs remain in this matter and are proceeding to trial:

| Last, First Name |
|---|
| Brown, Dana |
| Chianese, Anthony Sr. & Anthony Jr. |
| Greene, Robin B. |
| Griffin, Homer & JoAnn |
| Morales, Wilson |

| | |
|---|---|
| O'Hara, Peter[1] & Nancy | |
| Provet, Anne | |

Judgments were issued on behalf of the following Plaintiffs:

| Last, First Name | Date of Judgment |
|---|---|
| Zanzarella, Michael | March 4, 2026 |
| 581 Main St. Beacon, LLC | March 4, 2026 |
| Abbasi, Firas | March 4, 2026 |
| BR Trust (Souers) | March 4, 2026 |
| Colbert, John & Alexandra | March 4, 2026 |
| DeWitt, Robert & Elisa | March 4, 2026 |
| Ferris, Scott & Diane | March 4, 2026 |
| KAP Realty NY, LLC | March 4, 2026 |
| Oken, Catherine F. | March 4, 2026 |
| Payne, Jason | March 4, 2026 |
| Tivnan, Richard | March 4, 2026 |
| Badia, Lisa | March 5, 2026 |
| Consaga, Christopher & Donna | March 5, 2026 |
| Fernandez, Vincent A. & Bliss, Meghan | March 5, 2026 |
| Georges, John J. & Myrna Acevedo-Georges | March 5, 2026 |
| Joette Forlsbolm Fero Kane 2018 Irrevocable Trust | March 5, 2026 |
| Kuran, David | March 5, 2026 |
| Meyer, Caroline | March 5, 2026 |
| Ott, III, Anthony M. & Tracy | March 5, 2026 |
| 334 Fishkill Ave., LLC | March 9, 2026 |
| Cheverko, Geraldine | March 9, 2026 |
| Coppola, Nicole | March 9, 2026 |
| Haslett/JLD Fishkill | March 9, 2026 |
| Coyote Two, LLC | March 10, 2026 |
| Meister, Jason A. & Stacey L. | March 10, 2026 |
| Roosa, Jeffrey & Stacey | March 10, 2026 |
| Sebesta, Louis J. | March 10, 2026 |
| Walker, Brian R. | March 10, 2026 |
| Valentino, Judith | March 11, 2026 |

---

[1] The parties understand that Mr. Peter O'Hara is deceased, and as of the date of this filing, Plaintiffs' counsel is working to identify and substitute the proper party into this litigation.

Pursuant to the Court's remarks in the pretrial conference on March 10, 2026, the parties anticipate the following Plaintiffs will be severed from this matter, pending an official order instructing the same:

| Last, First Name |
| --- |
| DeBonis, James & Jean |
| Durk, Arlene G. |
| Monroe, Richard, in his capacity as Trustee of the Richard E. Monroe Trust |
| Schleicher, Jessica |
| Van Vlack, Brian |

Based on the foregoing, the parties have revised their joint site visit route proposal as follows:

| Stop # | Property Owner | Address / Location | Site Visit Time | Travel Time from Previous Location | Access Type | Notes |
| --- | --- | --- | --- | --- | --- | --- |
| Start | | Meet at the parking lot that is just north of the Greene and Morales properties. The parking lot has an address of 140 Pumphouse Rd. Brewster, NY 10509 | Meet at 8:00 a.m. | Approximately 1.5–2 hours from Manhattan, NY. | | |
| 1 | **Greene, Morales** | 134 Pumphouse Rd., Brewster, NY 10509 (Greene) and 130 Pumphouse Rd., Brewster, NY 10509 (Morales) | 15 minutes | Short walk from the meeting location (parking lot) to these properties. | Walk | |

3

| 2 | **O'Hara** | 46 Ridgeview Drive, Patterson, NY 12563 | Presently unknown. | 20-minute drive from the Greene and Morales properties to this property. | Presently unknown. | This property is no longer owned by the O'Hara Plaintiffs. The new owners have refused permission to access the property. The property is not walkable from any trailhead. The parties are still working on an alternative suggestion for accessing this portion of the corridor. |
|---|---|---|---|---|---|---|
| 3 | **Chianese, Brown, Griffin** | 42 Gold Rd., Poughquag, NY 12570 (Chianese)<br><br>10 Gold Rd., Poughquag, NY 12570 (Brown)<br><br>650 Depot Hill Rd., Poughquag, NY 12570 (Griffin) | 30 minutes | 15-minute drive from the O'Hara property to these properties. | Walk | Drive toward the Griffin property (650 Depot Hill Rd.). Stop and park at the intersection of the Maybrook Trailhead & Depot Hill Rd. Walk northeast to view the Griffin property (directly on the left at the corner of the trail and Depot Hill Rd., then to the Brown property (next parcel on the left), and then to the Chianese property (4 parcels northeast of the Brown property)). If no parking is available, then drop off Judge Tapp, et al, to walk down the trail and back, and then to be picked up at the drop-off location. |

| 4 | **Provet** | 232 Liberty St., Beacon, NY 12508 | 10 minutes | 30-minute drive from the Chianese, Brown, and Griffin properties to this property. | Walk | View the Provet property from 232 Liberty St., Beacon, NY 12508 |

Dated: March 13, 2026.

Respectfully submitted,

STEWART, WALD & SMITH, LLC

*/s/ Stevn M. Wald (by EAD w/ perm.*
Steven M. Wald
Michael J. Smith
Allison P. Bettlach
3636 S. Geyer Rd., Suite 200
St. Louis, MO 63127
Telephone: (314) 720-0220
Facsimile: (314) 899-2925
wald@swslegal.com
smith@swslegal.com
bettlach@swslegal.com

-and-

Thomas S. Stewart
Reed W. Ripley
3515 W. 75th Street, Suite 201
Prairie Village, KS
Telephone: (816) 303-1500
Facsimile: (816) 527-8068
stewart@swslegal.com
ripley@swslegal.com

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON

Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Emily A. Davis*
Emily A. Davis
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 297-2862
emily.davis@usdoj.gov

*Counsel for Defendant United States*