# In the United States Court of Federal Claims

No. 24-239

Filed: March 16, 2026

**MICHAEL ZANZARELLA, et al.,**

    *Plaintiffs*,

v.

**THE UNITED STATES,**

    *Defendant.*

## ORDER

For the reasons addressed at the Final Pretrial Conference held on March 10, 2026, the Court finds that severance of certain parties is appropriate for efficient case management. Accordingly, pursuant to RCFC 21, it is hereby **ORDERED**:

1. This case shall be severed into Case Number 24-2391.

2. The following plaintiffs (the "Severed Plaintiffs") are hereby assigned to Case No. 24-2391:

    - Durk, Arlene G.
    - DeBonis, James & Jean
    - Monroe, Richard, in his capacity as Trustee of the Richard E. Monroe Trust
    - Schleicher, Jessica
    - Van Vlack, Brian

3. The Clerk of the Court is directed to reorganize the claims of the Severed Plaintiffs into a new action. This new action shall be captioned "Arlene G. Durk v. United States" and assigned Case No. 24-2391.

4. All remaining plaintiffs not listed above shall continue their claims under Case No. 24-239 which shall retain its current caption.

5. The parties are not required to refile prior pleadings or submissions in the newly docketed case; the record of Case No. 24-2391 shall be deemed to include all relevant prior filings in Case No. 24-239.

6. Neither the severance of the plaintiffs herein nor the creation of the new docket shall affect this Court's jurisdiction over the remaining plaintiffs in Case No. 24-239.

**IT IS SO ORDERED.**

s/     David A. Tapp
DAVID A. TAPP, Judge