**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

<table>
<tr><td>

MICHAEL ZANZARELLA, *et al.*

    *Plaintiffs*,

v.

UNITED STATES OF AMERICA,

    *Defendant*.

</td><td>

Case No. 24-cv-0239-DAT

Judge David A. Tapp

</td></tr>
</table>

**JOINT ORDER OF WITNESSES**

In accordance with this Court's pretrial Scheduling Order, Dkt. No. 56 at 55, the parties submit the following order of witnesses who may be called at trial, except those to be used exclusively for impeachment.

The parties agree on the proposed order of witness for all but one witness. Specifically, the parties disagree on whether Matthew Krauser, the appraiser retained by the United States can be called by Plaintiffs in their case-in-chief. Accordingly, the parties further set forth the order they agree upon and then set forth their separate positions on whether Mr. Krauser should be permitted to testify twice.

Further, the parties reserve the right to amend or modify the witness list set forth below, including the right to remove witnesses that the parties decide are unnecessary or unwarranted, in accordance with applicable law and the rules of the Court. Additionally, the United States reserves the right to alter its proposed order of witnesses in response to Plaintiffs' case-in-chief.

**Order of Witness to Which the Parties Agree**

1

| Name | Address | Expert Witness (Yes/No) | Estimated Time |
|---|---|---|---|
| Plaintiffs' Case-in-Chief | | | |
| Robin Greene | 134 Pumphouse Rd. Brewster, NY 10509 | No | 2 hours |
| Luke A. Nordine, MAI | 20 NW Third St. Suite 210, Evansville, IN 47708 | Yes | 6 hours |
| Defendant's Case-in-Chief | | | |
| Susan Sarch (on behalf of Metro-North Commuter Railroad Company) | c/o Kaplan Kirsch & Rockwell LLP 1634 I (Eye) Street NW Suite 300 Washington, DC 20006 | No | 2 hours |
| Matthew Krauser, CRE, FRICS | 120 Headquarters Plaza, 8th Floor - East Tower, Morristown NJ 07960 | Yes | 6 hours |
| Plaintiffs' Rebuttal | | | |
| C. David Matthews, MAI, SRA AI-GRS | 420 Main Street, Suite 1300, Evansville, IN 47708 | Yes | 3 hours |

**Whether Mr. Krauser Can Testify During Plaintiffs' Case in Chief**

*Plaintiffs' Position*:

Plaintiffs believe they are entitled to call any witness in their case-in-chief who appears on the parties' witness lists, and Mr. Krauser appears on both parties' witness lists. Moreover, Plaintiffs believe they are entitled to ask leading questions of Mr. Krauser pursuant to FRE 611 (hence, they are designating that they will call him for "cross examination"); however, regardless of whether Plaintiffs are permitted to ask him leading questions, he is properly called as a witness and Plaintiffs would thus nevertheless examine Mr. Krauser in their case-in-chief.

*The United States' Position:*

Plaintiffs have an appraiser, Luke Nordine, who presumably will provide Plaintiffs' position on the just compensation they are owed. They also have a rebuttal appraiser, David

Matthews, who, as Plaintiffs previously explained, will likely testify that Mr. Krauser's opinions are unreliable, *see* Dkt. No. 73 at 19. In addition, Plaintiffs now seek to call Mr. Krauser for one hour during their case-in-chief.  As Plaintiffs describe both here and in their Witness List (Dkt. No. 69-1 at 2), Plaintiffs seek to call him "on cross examination."

Plaintiffs' attempt to call Mr. Krauser "on cross examination" prior to the United States' case-in-chief is improper as it flips the purpose of cross examination on its head. A cross examination must be in response to direct, affirmative testimony.  But, there will be no such testimony during Plaintiffs' case-in-chief. Mr. Krauser's affirmative testimony will occur—if at all—during the United States' case-in-chief. Accordingly, Plaintiffs' proposal should not be permitted.

Moreover, Plaintiffs' proposal may limit the ability of the United States to put on its own case, including not calling any witnesses and resting on whether Plaintiffs have satisfied their burden.

Finally, Plaintiffs' desire to call Mr. Krauser during their case-in-chief is puzzling given their prior motion in limine to exclude Mr. Krauser's testimony in full before trial. Plaintiffs sought to bar Mr. Krauser from even taking the stand on the grounds that he holds an "outlandish opinion," which "strain[ ] all credulity."  Dkt. No. 73 at 1, 2.  As a result, there should be nothing affirmative Plaintiffs would want to seek from his opinions.

Dated: April 1, 2026

Respectfully submitted,

STEWART, WALD & SMITH, LLC

/s/ Steven M. Wald (by EAD w/ perm.)___
Steven M. Wald
Michael J. Smith
Allison P. Bettlach
3636 S. Geyer Rd., Suite 200
St. Louis, MO 63127
Telephone: (314) 720-0220
Facsimile: (314) 899-2925
wald@swslegal.com
smith@swslegal.com
bettlach@swslegal.com

-and-

Thomas S. Stewart
Reed W. Ripley
 3515 W. 75th Street, Suite 201
Prairie Village, KS
Telephone: (816) 303-1500
Facsimile: (816) 527-8068
stewart@swslegal.com
ripley@swslegal.com

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON

Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

 /s/ Emily A. Davis_____
Emily A. Davis
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 297-2862
emily.davis@usdoj.gov

*Counsel for Defendant United States*

4