# In the United States Court of Federal Claims

**No. 24-239 L**
**Filed: July 31, 2026**

```
*************************************
MICHAEL ZANZARELLA, et al.,      *
                 Plaintiff,      *            JUDGMENT
                                 *
      v.                         *
                                 *
THE UNITED STATES                *
                 Defendant.      *
*************************************
```

Pursuant to the court's Post-Trial Opinion and Order, filed July 31, 2026,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of the defendant.


Lisa L. Reyes
Clerk of Court

By:    s/ Ashley Reams
Deputy Clerk


NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.