## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MICHAEL ZANZARELLA, *et al.*,

     *Plaintiffs*,

     v.

UNITED STATES OF AMERICA,

     *Defendant*.

Case No. 24-239L

Judge David A. Tapp

## JOINT MOTION FOR CLARIFICATION

The parties respectfully request clarification from the Court regarding Nancy O'Hara's[1] claim in the Court's July 31, 2026 Opinion and Order. Although the Court identified Ms. O'Hara's claim as remaining in the case in its Findings of Fact (*see* Dkt. No. 120 at 3–4 & n.4), the Opinion did not expressly rule on that claim in its Conclusions of Law. *See id.* at 5–12 (addressing only Greene and Morales in Court's just compensation discussion). Accordingly, the parties respectfully request that the Court clarify its Opinion and Order and issue an express ruling on Nancy O'Hara's claim.

---

[1] As the Court notes in its Opinion, Dkt. No. 120 at 4 n.4, Plaintiff Peter O'Hara passed away during the pendency of this litigation and was substituted by Nancy O'Hara in her capacity as the Administrator of Peter O'Hara's Estate. *See* ECF Nos. 105; 107.

1

Dated: August 7, 2026.

Respectfully submitted,

STEWART, WALD & SMITH, LLC          ADAM R.F. GUSTAFSON

*/s/ Steven M. Wald*                 Principal Deputy Assistant Attorney General
Steven M. Wald                       Environment & Natural Resources Division
Michael J. Smith
Allison P. Bettlach                  */s/ Brian R. Herman (by Steven M. Wald, w/ perm.)*
3636 S. Geyer Rd., Suite 200         Brian R. Herman
St. Louis, MO 63127                  Assistant Section Chief
Telephone: (314) 720-0220            U.S. Department of Justice
Facsimile: (314) 899-2925            Environment & Natural Resources Division Natural
wald@swslegal.com                    Resources Section
smith@swslegal.com                   P.O. Box 7611
bettlach@swslegal.com                Washington, D.C. 20044-7611
                                     Tel: (202) 532-3278
-and-                                Brian.Herman@usdoj.gov

Thomas S. Stewart                    *Counsel for Defendant United States*
Reed W. Ripley
3515 W. 75th Street, Suite 201
Prairie Village, KS
Telephone: (816) 303-1500
Facsimile: (816) 527-8068
stewart@swslegal.com
ripley@swslegal.com

*Counsel for Plaintiffs*

2